UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Shye Worldwide, LLC, | : |
| Plaintiff, | : Case No.: 2:15-cv-00554-EAS-TPK |
| vs. | : District Judge    Hon. Edmund A. Sargus, Jr. |
| Missry Associates, Inc. et al, | : Magistrate Judge  Hon. Terence P. Kemp |
| Defendants. | : |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2) and a confidential settlement agreement reached between the parties, and further pursuant to the Court's approval, the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees. The Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

Respectfully submitted,

For the Plaintiff Shye Worldwide LLC:

/
CHARLES L. THOMASON, ESQ.
55 W. 12th Avenue
Columbus, OH 43210
502-349-7227
Email: thomason@spatlaw.com

For the Defendant M.S.R.S., Inc.:

/s/Gregory J. Krabacher
GREGORY J. KRABACHER, ESQ.
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
614-227-2369
Email: gkrabacher@bricker.com

/s/Matthew J. Norris
MATTHEW J. NORRIS, ESQ.
Norris Law Group, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
310-443-4159
Email: mjnorris@norrislglaw.com

SO ORDERED: __Aug 19th__, 2015

_____
HON. EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE